IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHECTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAP AMERICA, INC.,<br><br>　　　　　Defendant.<br>_____/ | No. C 11-00993 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>November 18, 2011</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>November 16, 2011</u>.

DESIGNATION OF EXPERTS: <u>3/2/12</u>; REBUTTAL: <u>3/19/12</u>.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>April 13, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 20, 2012</u>;

　　Opp. Due <u>February 3, 2012</u>;  Reply Due <u>February 10, 2012</u>;

　　and set for hearing no later than <u>February 24, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 8, 2012</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 21, 2012</u>  at <u>8:30 AM.</u>,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>4</u>  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation session shall occur by October 28, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/19/11

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge