UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD SCHECTER, an individual<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAP AMERICA, INC., a Delaware Corporation and DOES 1-10,<br><br>　　　　　　　Defendants | Case No. C 11-00993 SI<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION AND SETTLEMENT |

Good cause appearing, and pursuant to a Confidential Settlement Agreement between the parties and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants SAP America, Inc. and DOES 1-10 be, and hereby are, dismissed with prejudice. Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced Lawsuit and the completion of this settlement.

**IT IS SO ORDERED.**

Date: __11/16/11__

_/s/ Susan Illston_
The Honorable Susan Illston
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO